UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONICA PAGAN,

                Plaintiff,

-v-

CITY OF NEW YORK, GRACJAN BIELECKI, AND JOHN DOES ##1–10,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 1174 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 32). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Tuesday, March 21, 2023 at 3:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:     New York, New York
            March 16, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge