UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONICA PAGAN,<br><br>                              Plaintiff,<br><br>                -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 22-cv-01174 (JLR) (SLC)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

    The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot.  All conferences, including the June 14, 2023 conference, are cancelled.  The Clerk of Court is directed to CLOSE the case.

Dated: June 12, 2023
       New York, New York

                                                      SO ORDERED.

                                                      *Jennifer Rochon*
                                                      JENNIFER L. ROCHON
                                                      United States District Judge